**Order entered May 16, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00510-CV

### PAULA PORTER, Appellant

### V.

### BRENDA KAY VRLA, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-0113-C**

## ORDER

We **GRANT** appellant's May 13, 2016 motion for an extension of time to file a docketing statement and extend the time to **JUNE 13, 2016**.

/s/    ELIZABETH LANG-MIERS
          JUSTICE